# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 17-18368 |
|  | ) |  |
| Talecia Gilliam, | ) | Chapter 13 |
|  | ) |  |
| Debtor. | ) | Hon. Timothy A. Barnes |
|  | ) |  |
|  | ) |  |

## <u>NOTICE OF MOTION</u>

TO:      See Attached Service List

**PLEASE TAKE NOTICE** that on **April 12, 2018 at 11:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Timothy A. Barnes**, Bankruptcy Judge, in Courtroom 744, United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Motion of the Semrad Law Firm, LLC to Alter or Amend the Court's Memorandum Decision and Orders dated March 28, 2018**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Dated:  April 9, 2018

Respectfully submitted,

The Semrad Law Firm, LLC

By:  /s/ *Gordon E. Gouveia*
     One of its attorneys

Robert W. Glantz (#6201207)
Gordon E. Gouveia (#6282986)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
321-980-3864
rglantz@shawfishman.com
ggouveia@shawfishman.com

*Counsel to the Semrad Law Firm, LLC*

{12378-001 MOT A0503835.DOCX}

## <u>CERTIFICATE OF SERVICE</u>

Gordon E. Gouveia, an attorney, certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon the Electronic Mail Notice List through the ECF System which sent notification of such filing via electronic means on April 9, 2018.

<em>/s/ Gordon E. Gouveia</em>

# Mailing Information for Case 17-18368

## Electronic Mail Notice List

The following is the list of **<u>parties</u>** who are currently on the list to receive email notice/service for this case.

- **David R Doyle**    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- **Gordon E. Gouveia**    ggouveia@shawfishman.com, kjanecki@shawfishman.com
- **Angelica Harb**    aharb@semradlaw.com, ilnb.courtview@SLFCourtview.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Rodion Leshinsky**    rleshinsky@semradlaw.com, ilnb.courtview@SLFCourtview.com
- **Marilyn O Marshall**    courtdocs@chi13.com
- **Lauren L Tobiason**    ltobiason@chi13.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| In re: | Case No. 17-18368 |
| Talecia Gilliam, | Chapter 13 |
| Debtor. | Hon. Timothy A. Barnes |

**MOTION OF THE SEMRAD LAW FIRM, LLC TO ALTER OR AMEND
THE COURT'S MEMORANDUM DECISION AND ORDERS DATED MARCH 28, 2018**

The Semrad Law Firm, LLC ("Semrad"), through its undersigned counsel, hereby moves the Court, pursuant to Bankruptcy Rule 7054, to alter or amend the Court's Memorandum Decision and Orders dated March 28, 2018 [Docket Nos. 60 and 61], relating to this case and other similar cases regarding the potential itemization of Semrad's fees.  In support of this motion, Semrad respectfully states as follows:

1.      In its Memorandum Decision and Orders dated March 28, 2018, the Court determined that Semrad may either stand on its existing Application, as reduced by the $500 sanction imposed by the Court, but accept a further $1,000 reduction; or reapply in itemized form, seeking no more than the amount it is contractually entitled to under the Court-Approved Retention Agreement (the "CARA") in the absence of itemization, less the $500 sanction.

2.      The March 28 Orders further provide that Semrad shall appear on April 12, 2018 to notify the Court of its election as to itemization or additional $1,000 reduction in lieu of itemization, which election may only be taken in all or none of the applicable cases.  According to Exhibit A of the Memorandum Decision, there are 47 applicable cases.

3.      Semrad seeks clarification from the Court regarding the itemization option. Because Semrad adheres to the flat fee arrangement under the CARA, it does not maintain extensive contemporaneous time records.  Nor do Semrad and its debtor clients agree to hourly billing rates in the CARA.  If Semrad were to create itemized time records, it would involve making conservative estimates regarding the time associated with the specific tasks that Semrad's attorneys and paraprofessionals performed in each of the cases based on the amount of time that is generally spent on such tasks, as opposed to the actual time spent on certain tasks which Semrad may not be able to determine based on its records.  Semrad would also propose to apply a blended hourly rate of $350, which is the middle of the $300-400 range for hourly rates used by Semrad's attorneys.

4.      Before Semrad elects either option and potentially goes through the arduous task of itemizing its fees, Semrad requests clarification from the Court as to whether the Court will consider itemized time entries that are based on estimates rather than contemporaneous time records and accept a blended hourly rate of $350, or if such methodology will not be permitted by the Court.

5.      In addition, Semrad requests clarification as to whether Semrad will have the opportunity to file supplemental, itemized fee applications for allowance and payment of additional fees up to the limit under the CARA, minus the Court's $500 per case sanction, to the extent that Semrad's initial itemizations do not seek the full fee award.

**WHEREFORE**, Semrad respectfully requests that the Court enter an order: (i) altering or amending the Court's Memorandum Decision and Orders dated March 28, 2018 as it relates to the potential itemization of Semrad's fees as requested herein; and (ii) granting such other and further relief as the Court deems just and proper.

Dated:  April 9, 2018

Respectfully submitted,

The Semrad Law Firm, LLC

By:  /s/ *Gordon E. Gouveia*
    One of its attorneys

Robert W. Glantz (#6201207)
Gordon E. Gouveia (#6282986)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
321-980-3864
rglantz@shawfishman.com
ggouveia@shawfishman.com
*Counsel to The Semrad Law Firm, LLC*