# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | April 12, 2018 |
| **Bankruptcy Case** | 17 B 18368 | **Adversary No.** | |
| **Title of Case** | Talecia Gilliam | | |

**Brief Statement of Motion:** Attorney's Application For Compensation

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

As set for forth on the record, Motion for Reconsideration is granted.

/s/ [signature] AM